PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: CHAPMAN, Andre                                    Cr.: 00-00258-001
                                                                    PACTS #: 26212

Name of Sentencing Judicial Officer: Honorable Harold A. Ackerman, U.S.D.J.

Date of Original Sentence: 10/11/00

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 94 months imprisonment; 3 years supervised release; $100 special assessment. Special conditions: 1) drug urinalysis/treatment; and 2) DNA collection.

Type of Supervision: Supervised Release                Date Supervision Commenced: 02/20/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

Violation Number | Nature of Noncompliance

1 | Chapman violated the special drug urinalysis/treatment condition.

On November 6, 2009, Chapman reported to the Probation Office and submitted a urine specimen which tested positive for marijuana. During a subsequent interview, he admitted using the controlled substance and accepted responsibility for this conduct.

U.S. Probation Officer Action: Probation will present this document to Chapman as a formal reprimand issued under the authority of the Court. The act detailed within may be included in a violation report if the Probation Office deems fit and non-compliance continues.

Respectfully submitted,

By: Joseph Empirio, U.S.P.O.

                                                        *Joseph Empirio*
                                                        Date: 12/08/09

[---] U.S. Probation Officer will present this document to the defendant as a formal written reprimand, issued with the approval and under the authority of the United States District Court.
[ ] Submit a Request for Warrant or Summons.

                                                        _____ USDJ
                                                        Signature of Judicial Officer

                                                        12/17/09
                                                        Date